Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−30769−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Timothy L Tezak
623 Paxson Avenue
Hamilton, NJ 08619

Tracie M. Tezak
aka Tracie Gasiorowski
623 Paxson Avenue
Hamilton, NJ 08619

Social Security No.:
xxx−xx−8560

xxx−xx−4132

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on January 10, 2020.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 10, 2020
JAN: ckk

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                                   Case No. 19-30769-MBK
Timothy L Tezak                                                          Chapter 13
Tracie M. Tezak
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                Page 1 of 2                Date Rcvd: Jan 10, 2020
                              Form ID: 148               Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db/jdb         +Timothy L Tezak,    Tracie M. Tezak,    623 Paxson Avenue,    Hamilton, NJ 08619-1138
518549158      +AmeriHome Mortgage,    c/o KML Law Group P.C.,    216 Haddon Avenue #406,
                 Collingswood, NJ 08108-2812
518549161      +EOS CCA,    PO Box 981008,    Boston, MA 02298-1008
518549163       Helm Associates,    2664 Bristol Pike,    Bristol, PA 19007
518549165       PNC Bank,    PO Box 747066,    Pittsburgh, PA 15274-7066
518643084      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
518644081       Pendrick Capital Partners II, LLC,     Peritus Portfolio Services II, LLC,    PO BOX 141419,
                 IRVING, TX  75014-1419
518604253      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518549170       Wakefield and Associates, Inc.,    PO Box 59003,    Knoxville, TN 37950-9003
518620982      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,     PO Box 130000,    Raleigh, NC 27605-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2020 00:31:55     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2020 00:31:52     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
518549159      +E-mail/Text: bankruptcy@usecapital.com Jan 11 2020 00:33:22     Capital Accounts LLC,
                 PO Box 140065,   Nashville, TN 37214-0065
518575242      +EDI: AIS.COM Jan 11 2020 04:58:00      Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518549160      +EDI: CCS.COM Jan 11 2020 04:58:00      Credit Collection Service,   PO Box 607,
                 Norwood, MA 02062-0607
518549162      +E-mail/Text: bkynotice@harvardcollect.com Jan 11 2020 00:33:20     Harvard Collection Services,
                 4839 N. Elston Avenue,    Chicago, IL 60630-2589
518648236       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 11 2020 00:35:23      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518549164      +E-mail/Text: Bankruptcies@nragroup.com Jan 11 2020 00:33:12     NTL Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
518549166       EDI: PRA.COM Jan 11 2020 04:58:00      Portfolio Recovery Associates,   120 Corporate Boulevard,
                 Suite 100,   Norfolk, VA 23502
518620417       EDI: PRA.COM Jan 11 2020 04:58:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (usa), N.a.,    POB 41067,   Norfolk VA 23541
518549167      +EDI: SWCR.COM Jan 11 2020 04:58:00      Southwest Credit Systems,   4120 International Parkway,
                 #1100,   Carrollton, TX 75007-1958
518569552      +EDI: AIS.COM Jan 11 2020 04:58:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518549168       EDI: TFSR.COM Jan 11 2020 04:58:00      Toyota Financial Services,   PO Box 4102,
                 Carol Stream, IL 60197-4102
518549169      +E-mail/Text: webadmin@vhllc.co Jan 11 2020 00:32:43     Vance & Huffman LLC,
                 55 Monette Parkway #100,    Smithfield, VA 23430-2577
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin               Page 2 of 2           Date Rcvd: Jan 10, 2020
                              Form ID: 148              Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2020 at the address(es) listed below:

        Albert   Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    AmeriHome Mortgage Company, LLC
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Jeffrey E. Jenkins    on behalf of Joint Debtor Tracie M. Tezak jenkins.clayman@verizon.net,
         connor@jenkinsclayman.com
        Jeffrey E. Jenkins     on behalf of Debtor Timothy L Tezak jenkins.clayman@verizon.net,
         connor@jenkinsclayman.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 5